UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY MENDOZA, | ) | No. CV 15-1874-ODW (DFM) |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

In Section V.A.1 of its April 13, 2015 Case Management Order, the Court ordered Plaintiff to serve and file his motion for judgment on the pleadings within thirty-five (35) days of the service and filing of the Commissioner's answer. Dkt. 7 at 3. The Commissioner filed its answer on August 18, 2015. Dkt. 10. Plaintiff's deadline to file his motion for judgment on the pleadings was thus September 22, 2015. It has now been more than 30 days since Plaintiff's deadline has passed.

Accordingly, <u>on or before November 13, 2015</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file motion for judgment on the pleadings, and why the Court should not

dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his motion for judgment on the pleadings in the format specified in the April 13, 2015 Case Management Order. Plaintiff is expressly forewarned that if he fails to do either, the Court will deems such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: October 23, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge